UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 16-cr-20391-1
                              Hon. Matthew F. Leitman

D1, NEWMAN EDWARD JONES,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 63)

Defendant Newman Edward Jones has been serving a four-year term of supervised release since March 13, 2020. (*See* Mot. at ¶ 1, ECF No. 63, PageID.288.) On October 16, 2022, Jones moved for early termination of his supervised release. (*See id.*) In support of his motion for early termination, Jones cites his compliance with the conditions of his supervision, his gainful employment, and his participation in community mentoring. (*See id.* at ¶ 8-9, PageID.291.) The Government does not oppose Jones' motion. (*See* Resp., ECF No. 64, PageID.295.)

After a careful review of Jones' motion and the Government's response, the Court **GRANTS** Jones' motion for early termination of his supervised release (ECF No. 63).

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: October 25, 2022

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 25, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
